IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RESOUND STRUCTURED HOLDINGS, LLC | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 3:22-CV-1877 |
| | ) |
| | ) |
| SMART CONTRACT SOLUTIONS, LTD and VERLIN SANCIANGCO | ) |
| Defendant | ) |

### DEFAULT JUDGMENT

The defendants, SMART CONTRACT SOLUTIONS, LTD and VERLIN SANCIANGCO, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $ 5,000,000.00 plus interest thereon; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, RESOUND STRUCTURED HOLDINGS, LLC, recover of the defendant, SMART CONTRACT SOLUTIONS, LTD and VERLIN SANCIANGCO, the sum of $ 5,000,000.00, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Certified a true copy of an instrument
on file in my office on 2/14/2025
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

By s/A. Lowe
Deputy Clerk



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | | |
|---|---|---|
| Resound Structured Holdings LLC<br>Plaintiff<br><br>v.<br><br>Smart Contract Solutions LTD, et al<br>Defendant | § § § § § § § § § § § | Civil Action No. 3:22-cv-01877-S |

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the Defendant named below:

Smart Contract Solutions LTD

_____

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

s/ N. Taylor
By: Deputy Clerk on 1/24/2024

Certified a true copy of an instrument on file in my office on 2/14/2025
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Division Name

| | | |
|---|---|---|
| Resound Structured Holdings LLC <br> Plaintiff <br><br> v. <br><br> Smart Contract Solutions LTD, et al <br> Defendant | § § § § § § § § § § § § | Civil Action No. 3:22-cv-01877-S |

## **CLERK'S ENTRY OF DEFAULT**

The record reflects that service of the complaint has been made upon the Defendant named below:

Verlin Sanciangco

_____

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

s/ N. Taylor
By: Deputy Clerk on 11/3/2023

Certified a true copy of an instrument on file in my office on 2/14/2025
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy